IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  07-cv-00259-RPM

GREGORY A. MUNS,

    Plaintiff,

vs.

SUN MICROSYSTEMS, INC., a Delaware corporation,

    Defendant.

---

ORDER DENYING PLAINTIFF'S MOTIONS TO COMPEL DISCOVERY AND AMEND SCHEDULING ORDER

---

    Upon consideration of the Plaintiff's Motion to Compel Discovery Responses, filed October 5, 2007, (Doc. 17) and the Plaintiff's Motion to Amend Scheduling Order, filed October 5, 2007, (Doc. 28) and the briefing thereon, it is

    ORDERED that the motions are denied.

    Dated: November 8th, 2007

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge