IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: November 28, 2007
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 07-cv-00259-RPM

GREGORY A. MUNS,                                              Richard Marsh

     Plaintiff,

v.

SUN MICROSYSTEM, INC., a Delaware corporation,       Steven Merker
                                                                Jennifer Good

     Defendant.
_____

## COURTROOM MINUTES
_____

**Hearing on Summary Judgment Motions**

**2:00 p.m.**      **Court in session.**

Plaintiff present.

Court's preliminary remarks and its summary of the case facts, claims and pending motions.

**ORDERED:**      **Plaintiff's Motion to Amend Scheduling Order, filed October 5, 2007 [18], is denied pursuant to the November 8, 2007 Order [26].**

2:12 p.m.      Argument by Mr. Merker.
2:16 p.m.      Argument by Mr. Marsh.
Deposition transcript of Gregory A. Muns dated September 13, 2007 tendered to Court.

**ORDERED:**      **Defendant's Motion for Summary Judgment, filed November 5, 2007 [21], is granted.**
**ORDERED:**      **Plaintiff's Motion for Partial Summary Judgment, filed November 5, 2007 [22], is denied.**

**ORDERED:**      **Case dismissed.**

**2:30 p.m.**      **Court in recess.**

Clerk's note:      Deposition transcript scanned as part of the record.

Hearing concluded. Total time: 30 min.