IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00259-RPM

GREGORY A. MUNS,

    Plaintiff,

vs.

SUN MICROSYSTEMS, INC., a Delaware corporation,

    Defendant.

## ORDER GRANTING SUMMARY JUDGMENT

Upon consideration of the defendant's motion for summary judgment, filed November 5, 2007, and the plaintiff's motion for partial summary judgment, filed November 5, 2007, and the oral arguments of counsel heard today and upon the Court's recital of the facts not in dispute, the Court finds and concludes that the plaintiff has failed to demonstrate any evidentiary support for his claims for the existence of an express or implied contract or for the equitable claim of promissory estoppel because vague promises of protection and non-retaliation are insufficient to support any of the plaintiff's claims.  Additionally, the plaintiff has failed to show an evidentiary basis for drawing an inference that his position reassignment by David Harrison in October, 2005, had any connection with any particular action of the plaintiff that would warrant protection.  Accordingly, it is

ORDERED that the defendant's motion for summary judgment is granted and the Clerk will enter judgment for the defendant dismissing all of the plaintiff's claims and for costs. The plaintiff's motion for partial summary judgment is denied.

Dated: November 28th, 2007

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge